## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :

         CASE NO. 01-11507(SEK)
ALIDEL OCASIO MORALES :
LYDIA E. SERRANO GUADARRAMA

       :
 DEBTORS      CHAPTER 7

       :
_____
ALIDEL OCASIO MORALES :
LYDIA E. SERRANO GUADARRAMA

       :
 PLAINTIFFS    ADV. PROC. NO. 05-210

  v.     **FILED & ENTERED**

       :
RG MORTGAGE CORP.  **JUL. 17. 2006**

 DEFENDANT
        CLERK
      U.S. BANKRUPTCY COURT
_____SAN JUAN, PUERTO RICO

### OPINION AND ORDER

Before the Court is plaintiffs' request for summary judgment and RG Mortgage's (hereinafter RG) cross-motion concerning a complaint for willful violation of the discharge injunction. We deny both motions because there are material facts in controversy.[1]

Before plaintiffs filed bankruptcy, RG brought a complaint for foreclosure of mortgage against plaintiffs in State Court and obtained judgment in its favor. The judgment allowed RG to recover any deficiency after public sale from any other property belonging to plaintiffs. A few days after entry of judgment, plaintiff filed bankruptcy and later obtained discharge under Chapter 7. After

_____

[1] "Summary judgment is warranted where the record, viewed most favorably to non-moving party, reveals that there is no genuine dispute as to any material fact and moving party is entitled to judgment as a matter of law." Blanchard v. Peerless, 958 F.2d 483, 485 (1st Cir. 1992).

discharge RG, renewed the State Court foreclosure proceedings and requested a writ of execution of the pre-petition foreclosure judgment entered.

Plaintiffs argue RG's request to enforce the judgment constitutes an act in violation of the discharge injunction. RG argues it has not pursued any deficiency against the plaintiff and the judgment does not contain any provision contrary to the discharge injunction. Thus, pursuing the judgment is not an act that violates the discharge injunction.

Both parties attached to their motions a copy of the judgment. However, neither party provided copies of the motions filed by RG in State Court and other court orders and documents related to this matter. These are necessary to prove if defendant's acts violated the discharge injunction. Therefore, both parties have failed to meet their burden of proof.

WHEREFORE, plaintiffs' motion for summary judgment and defendant's cross-motion are denied. The Clerk shall schedule a pretrial hearing.

SO ORDERED, in San Juan, Puerto Rico, on July 17, 2006.

SARA DE JESUS
U.S. Bankruptcy Judge